NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FARDOUS LAMMERS,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )          Case No. 2D17-780
                                          )
MIGDALLIA C. TERRELL,                     )
                                          )
            Appellee.                     )
                                          )
_____)

Opinion filed August 17, 2018.

Appeal from the Circuit Court for Lee
County; John E. Duryea, Jr., Judge.

Fardous Lammers, pro se Appellant.

Mihaela Cabulea and Anthony J. Russo;
Butler, Weihmuller, Katz, Craig LLP, of
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and BADALAMENTI, JJ., Concur.